**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT MARTIN, | Case No. EDCV 17-503-DSF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| S. HUTTON, Warden, | |
| Respondent. | |

     Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____       8/6/18

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE